Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−10724−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evelyn M. Cook
   95 Bray Avenue
   Middletown, NJ 07748

Social Security No.:
   xxx−xx−7610

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/18/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 18, 2019
JAN: ghm

                                                    Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Evelyn M. Cook  
    Debtor

Case No. 18-10724-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jul 18, 2019  
                      Form ID: 148    Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db             +Evelyn M. Cook,    95 Bray Avenue,    Middletown, NJ 07748-5416
aty            +Mina M Beshara,    80 Business Park Drive,    Suite 110,    Armonk, NY 10504-1704
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
517276148      +Ammar Bazerbashi MD,    Att: O'Brien & Taylor,    175 Fairfield Ave,    Caldwell, NJ 07006-6415
517279726       Daniel Strydio,    Keansburg, NJ 07734
517276149      +Debt Recovery Solutions,    900 Merchants Concourse LI11,    Westbury, NY 11590-5142
517276150       Discover Bank,    600 New Albany Road,    New Albany, OH 43054
517276151      +KML Law Group, PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
517401558       MTGLQ Investors, L.P.,    PO Box 10826,    Greenville SC 29603-0826
517276153       MTGLQ Investors, LP,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
517276154       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2019 22:49:09      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2019 22:49:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517377182       EDI: CAPITALONE.COM Jul 19 2019 02:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517363776       EDI: BL-BECKET.COM Jul 19 2019 02:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517303255       EDI: DISCOVER.COM Jul 19 2019 02:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517276152       E-mail/Text: bncnotices@becket-lee.com Jul 18 2019 22:48:16      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
517301538      +EDI: DRIV.COM Jul 19 2019 02:18:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
517276155      +EDI: DRIV.COM Jul 19 2019 02:18:00      Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX 76161-0244
517924206      +E-mail/Text: bknotices@snsc.com Jul 18 2019 22:49:47      U.S. Bank Trust National Association,
                 As Trustee of Chalet Series III Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                 Eureka, CA 95501-0305
517924207      +E-mail/Text: bknotices@snsc.com Jul 18 2019 22:49:47      U.S. Bank Trust National Association,
                 As Trustee of Chalet Series III Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                 Eureka, CA 95501,    U.S. Bank Trust National Association 95501-0305
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517302001*     +Santander Consumer USA Inc,    POB 961245,    Fort Worth, TX 76161-0244
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Alexandra T. Garcia    on behalf of Creditor    MTGLQ Investors, L.P. NJECFMAIL@mwc-law.com,
            nj-ecfmail@ecf.courtdrive.com
         Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
            bankruptcy@friedmanvartolo.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 18, 2019
                              Form ID: 148             Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Melissa S DiCerbo    on behalf of Creditor    MTGLQ Investors, L.P. nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren   Brumel    on behalf of Debtor Evelyn M. Cook wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                             TOTAL: 7
```